STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# SCANNED
## 3RD CIRCUIT COURT OF APPEAL

REHEARING ACTION: July 3, 2013

**Docket Number: 13   00306-KH**

**STATE OF LOUISIANA
VERSUS
DIETRICH JAMAL THIBODEAUX**

**Writ Application from Lafayette Parish Case No. 97-CR-74800**

**BEFORE JUDGES:  THIBODEAUX, GENOVESE, CONERY**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **DIETRICH JAMAL THIBODEAUX**  has this day been **GRANTED**

**with the following language:**

**REHEARING GRANTED**: Pursuant to *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379 (1988), a pleading is considered filed at the time a petitioner delivers it to the prison authorities for forwarding to the clerk of court. Relator has proved he delivered something to the prison authorities on March 19, 2013, to be forwarded to this court, and he alleges it was his application for supervisory writs. Thus, this court deems the writ application to have been timely filed, and the writ will be considered by this court.

CC:

Dietrich Jamal Thibodeaux, Pro Se

Michael Harson, DA

Hon. Edward Rubin

Hon. Louis Perret